**Santamaria v. Natures Value, 15-cv-4535**

# SUMMARY OF MAILING[1]

| | |
|---|---|
| Total Notices Mailed | 163 |
| Notices Returned as Undeliverable | 9 (5%) |
| Notices Remailed after Skip Trace (None Returned as Undeliverable) | 5 |
| **Total Notices Undeliverable** | 4 (2.4%) |

# RESPONSE OF THE CLASS

The response of the class is overwhelmingly positive. To date no class member has opted out of the class or filed objections to the class action settlement. Based upon inquiries from class members with my office, the class members are happy with the settlement.

# ATTORNEYS FEES

The class action agreement allows for payment of attorney's fees in the amount of up to 1/3 of the settlement fund ($33,300) plus costs and expenses. The 1/3 fee is *less than the lodestar.*

| | |
|---|---|
| A) TOTAL COSTS | $870.92 |
| B) TOTAL HOURLY FEES AS OF 12/31/2016 | $33,497.50 |
| C) TOTAL FEES AS LIMITED BY AGREEMENT: | $33,300.00 |
| **TOTAL COSTS AND FEES (A + C)** | **$34,170.92** |

The total hourly fees are computed as of <u>December 31, 2016</u>. They do not include work performed in preparing the motion for class certification or any work performed on or after January 1, 2017. The fee is based upon hourly rates of $375 for Steven J. Moser, $175 per hour for Associates, and $75 per hour for paralegals.

Detailed Contemporaneous Billing Records are annexed hereto as Exhibit 3.

---

[1] See Exhibit 1 (Case Status Report) and Exhibit 2 (Email from Brian Maigault of Angeion Group confirming that 163 notices were mailed on February 15, 2017).

| Name | Hours | Title | Hourly Rate | Total |
|---|---|---|---|---|
| SJM - Steven J. Mo | 72.80 | Sr. Attorney | 375 | 27300 |
| DPN - Dong Phuong | 28.60 | Associate | 175 | 5005 |
| DP - Dylan R. Pri | 3.70 | Paralegal | 75 | 277.5 |
| BR - Bennett Reis | 0.90 | Paralegal | 75 | 67.5 |
| DF - Diana Fernan | 0.70 | Paralegal | 75 | 52.5 |
| EB - Evelen Bonil | 0.10 | Paralegal | 75 | 7.5 |
| GA - Grace Alejan | 6.20 | Paralegal | 75 | 465 |
| MJM - Josianne Mos | 4.30 | Paralegal | 75 | 322.5 |
| | | | | 33497.5 |

## SERVICE FEE AWARD

The settlement allows for the application of an incentive award of up to $2,500 to the representative plaintiff, Leticia Santamaria.

## CONCLUSION

Plaintiffs request that the court

(1) Finally certify the Class for purposes of settlement
(2) Enter Judgment in accordance with the agreement
(3) Approve the settlement as fair, adequate, reasonable, and binding
(4) Award attorney's fees in the amount of $33,300.00 and costs in the amount of $870.92 out of the settlement fund
(5) Award service award to Leticia Santamaria in the amount of $2,500.00.
(6) Order the Claims administrator to distribute settlement checks to the class.
(7) Order the dismissal with prejudice of all claims asserted in the litigation and the claims of all class members.
(8) Incorporate the terms of the settlement and release; and
(9) Retain jurisdiction over the case as necessary to enforce the settlement.

# EXHIBIT 1

# CASE STATUS REPORT

### Santamaria v. Nature's Value, Inc.
### April 28, 2017

On February 15, 2017, the Notice of Proposed Class Action Settlment was sent to 163 individuals in the Tableting, Encapsulation, Pharmacy, Blending, Cleaning and Coating departments who performed work as non-exempt factory employees between August 4, 2009 and August 15, 2015.

### Opt-Outs Received

| Date | Count |
|---|---|
| 2/15/2017 to 3/1/2017 | 0 |
| 3/2/2017 to 3/8/2017 | 0 |
| 3/9/2017 to 3/16/2017 | 0 |
| 3/17/2017 to 3/23/2017 | 0 |
| 3/24/2017 to 4/2/2017 | 0 |
| 4/3/2017 to 4/8/2017 | 0 |
| 4/9/2017 to 4/17/2017 | 0 |
| 4/18/2017 to 4/27/2017 | 0 |
| **Total** | **0** |

### Undeliverable Notices

| Date | Count |
|---|---|
| 2/15/2017 to 3/1/2017 | 7 |
| 3/2/2017 to 3/8/2017 | 2 |
| 3/9/2017 to 3/16/2017 | 0 |
| 3/17/2017 to 3/23/2017 | 0 |
| 3/24/2017 to 4/2/2017 | 0 |
| 4/3/2017 to 4/8/2017 | 0 |
| 4/9/2017 to 4/17/2017 | 0 |
| 4/18/2017 to 4/27/2017 | 0 |
| **Total** | **9** |

### Address Update from Skip Trace

| Date | Count |
|---|---|
| 2/15/2017 to 3/1/2017 | 3 |
| 3/2/2017 to 3/8/2017 | 0 |
| 3/9/2017 to 3/16/2017 | 0 |
| 3/17/2017 to 3/23/2017 | 0 |
| 4/3/2017 to 4/8/2017 | 0 |
| 4/9/2017 to 4/17/2017 | 0 |
| 4/18/2017 to 4/27/2017 | 0 |
| **Total** | **3** |

### Forward Address Provided by USPS

| Date | Count |
|---|---|
| 2/15/2017 to 3/1/2017 | 2 |
| 3/2/2017 to 3/8/2017 | 0 |
| 3/9/2017 to 3/16/2017 | 0 |
| 3/17/2017 to 3/23/2017 | 0 |
| 3/24/2017 to 4/2/2017 | 0 |
| 4/3/2017 to 4/8/2017 | 0 |
| 4/9/2017 to 4/17/2017 | 0 |
| 4/18/2017 to 4/27/2017 | 0 |
| **Total** | **2** |

### Remailed Notices (Address Update from USPS and Skip Trace)

| Date | Count |
|---|---|
| 3/2/2017 | 5 |
| **Total** | **5** |

# EXHIBIT 2

# Steven J. Moser

**From:** Brian Manigault <bmanigault@angeiongroup.com>
**Sent:** Wednesday, February 15, 2017 4:58 PM
**To:** Schlossberg, Jeffrey M. (Long Island)
**Cc:** smoser@moseremploymentlaw.com; Charlie Ferrara; Brian Devery
**Subject:** RE: Santamaria v. Nature's Value, Inc.

Counsel:

Today, we mailed 163 Notices to Class Members.

Thank you,

**Brian Manigault**
*Associate Project Manager*
Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
(215) 709-4062 (Direct)
(215) 563-4116 (Office)
(215) 525-0209 (Fax)
bmanigault@angeiongroup.com
www.angeiongroup.com



**From:** Schlossberg, Jeffrey M. (Long Island) [mailto:Jeffrey.Schlossberg@jacksonlewis.com]
**Sent:** Wednesday, February 08, 2017 5:45 PM
**To:** Brian Manigault <bmanigault@angeiongroup.com>
**Cc:** smoser@moseremploymentlaw.com; Charlie Ferrara <cferrara@angeiongroup.com>; Brian Devery <bdevery@angeiongroup.com>
**Subject:** RE: Santamaria v. Nature's Value, Inc.

Looks okay.

Also, please note that Paul Piccigallo has left Jackson Lewis.  Please do not include him on further emails.  Thank you.

**Jeffrey M. Schlossberg**
Attorney at Law
**Jackson Lewis P.C.**

1

# EXHIBIT 3

*Steven J. Moser, P.C.*
3 School Street
Suite 207B
Glen Cove, New York 11542

Ph:516-671-1150        Fax:516-882-5420

Leticia Santamaria                                                           May 8, 2017
47 Glenmore Avenue
Brentwood, NY
11717

|              |                             |
|--------------|-----------------------------|
| **Attention:** | File #: 14-0127           |
|              | Inv #: Sample               |

RE:     Santamaria v Nature's Value (FLSA) // Index No.: 15-cv-04535-JMA-GRB

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-30-14 | Initial client intake and case evaluation; retainer agreement executed | 1.50 | 900.00 | SJM |
| Jan-13-15 | Meeting with DPN regarding intake | 0.10 | 60.00 | SJM |
|  | intake | 2.60 | 390.00 | DPN |
|  | Intake summary | 1.60 | 240.00 | DPN |
| Feb-03-15 | Email to ▇▇ re status of discrimination case | 0.10 | 15.00 | DPN |
| Feb-12-15 | Review investigative report and conduct research into ▇▇▇▇ nc and ▇▇▇▇ | 1.80 | 1,080.00 | SJM |
| Mar-30-15 | DN- Calculated FLSA damages. JD | 1.30 | 195.00 | MJM |
| Apr-14-15 | Research re other corporate entities for Nature's Value enterprise | 0.80 | 120.00 | DPN |
|  | Meeting w/ SJM re ▇▇▇ corporation defendants for ▇▇▇ enterprise | 0.10 | 15.00 | DPN |
| Apr-15-15 | Research pre and post shift work, joint enterprise, and John Doe Corporations | 1.80 | 270.00 | DPN |
|  | Started complaint | 1.20 | 180.00 | DPN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-16-15 | Continued work on complaint | 2.50 | 375.00 | DPN |
| | Called ▮▮▮▮ a left message asking for call back to confirm hours and pre/post shift work | 0.10 | 15.00 | DPN |
| | conference call w/ ▮▮▮ and ▮▮▮ ▮▮▮ [redacted] | 0.40 | 60.00 | DPN |
| Apr-22-15 | edit complaint | 3.80 | 570.00 | DPN |
| May-04-15 | Finalize Complaint | 3.50 | 2,100.00 | SJM |
| May-08-15 | draft and mail consent to join | 0.10 | 15.00 | DPN |
| | BR - Drafted letter to mail out | 0.20 | 30.00 | MJM |
| May-21-15 | Prepare summons and file complaint, summons, and consent to join vi ecf | 1.10 | 165.00 | DPN |
| May-29-15 | Call to ▮▮▮ to inquire about ▮▮▮ client Thursday 6/4 - GA translating | 0.40 | 240.00 | DPN |
| | Prepare summons and complaint for service | 0.30 | 180.00 | DPN |
| | Prepare notice of hearing to send out to defendants | 0.40 | 240.00 | DPN |
| | Translation - Review Collective Class Information for DPN. GA | 0.40 | 60.00 | GA |
| Jun-01-15 | ▮▮▮▮▮▮ | 0.40 | 240.00 | DPN |
| | File notice of voluntary dismissal via ecf | 0.20 | 120.00 | DPN |
| | Composed letter to Alert Processing to serve Complaint and Summons | 0.70 | 105.00 | BR |
| Jun-02-15 | Prepared cover letter to send to Alert Processing to serve summons and complaint | 0.20 | 30.00 | BR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-03-15 | called ▓▓▓ check progress of case and ▓▓▓ BR translating | 0.50 | 300.00 | DPN |
| Jun-09-15 | Call to client w/ SJM re ▓▓▓ | 0.40 | 240.00 | DPN |
| Jun-12-15 | ▓▓▓ | 0.50 | 300.00 | DPN |
| | email MJM re ▓▓▓ | 0.30 | 180.00 | DPN |
| Jul-29-15 | search for companies affiliated with Oscar Ramjeet or Nature's Value Inc for enterprise | 0.50 | 300.00 | DPN |
| | Add new defendant to complaint | 0.60 | 360.00 | DPN |
| | Research definition of holdings company | 0.10 | 60.00 | DPN |
| | Research Ram-fin holdings and pull division of corporations papaers | 0.50 | 300.00 | DPN |
| Aug-02-15 | Review complaint adding Ram-Fin | 0.40 | 240.00 | SJM |
| | ▓▓▓ | 0.40 | 240.00 | SJM |
| Aug-03-15 | final edits to complaint for second filing | 0.50 | 300.00 | DPN |
| Aug-04-15 | Assist GA to ecf complaint, summons, and civil cover sheet | 0.40 | 240.00 | DPN |
| Aug-31-15 | Legal research regarding effect of notice of appearance on jurisdiction over defendants | 0.20 | 120.00 | SJM |
| Sep-15-15 | Telephone call with J. Schlossberg | 0.10 | 60.00 | SJM |
| Sep-21-15 | Meeting w/ SJM and MJM re case status | 0.10 | 60.00 | DPN |
| Sep-30-15 | Meeting with DPN and JM regarding obtaining further class representatives | 0.20 | 120.00 | SJM |
| Oct-06-15 | draft mol for cond cert | 4.80 | 2,880.00 | DPN |
| Oct-12-15 | called ▓▓▓ n/a left message for call back re additional class reps | 0.10 | 60.00 | DPN |
| Oct-13-15 | Review Answers of Nature's Value and Oscar | 1.00 | 600.00 | DPN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Ramjeet, answer of Ram-Fin Holdings - marked complaint | | | |
| Oct-19-15 | called for case update and ask about any other potential opt-in plaintiffs. | 0.30 | 180.00 | DPN |
| Oct-27-15 | called ▇▇▇ n/a left message for call back | 0.10 | 60.00 | DPN |
| Nov-25-15 | Meet and confer with J. Schlossberg re discovery schedule | 0.50 | 300.00 | SJM |
| | Prepared Proposed Discovery Plan | 0.40 | 60.00 | MJM |
| Dec-01-15 | Appearance at initial conference - includes travel time | 2.50 | 1,500.00 | SJM |
| Dec-14-15 | Ms. Rodriguez called to confirm that Leticia will be at the location on 12/17/15 at 3:45pm in the reception area - 468 Mill Rd. Coram, NY 11727. She knows SJM will meet with her outside the building at 3:30pm. togo over details. GA | 0.10 | 15.00 | GA |
| | Ms. Santamaria returned Grace's call. ▇▇▇ schedule a site visit with SJM. ▇▇▇ | 0.10 | 15.00 | MJM |
| Dec-16-15 | Review file and prepare rule 26(a)(1)(A) disclosures | 0.80 | 480.00 | SJM |
| Dec-17-15 | On-Site Inspection of Natures Value time clock, sterilization, and card swipe systems | 3.50 | 2,100.00 | SJM |
| Jan-10-16 | Online research regarding FDA requirments and applicable regulations | 1.50 | 900.00 | SJM |
| | Prepare first set of document requests to defendant | 1.90 | 1,140.00 | SJM |
| | Prepare first set of interrogatories | 1.50 | 900.00 | SJM |
| | prepare brief questions for santamaria to answer dd & interrog | 0.20 | 120.00 | SJM |
| Jan-11-16 | Revise document requests and interrogatories - EMAIL to J. Schlossberg | 0.60 | 360.00 | SJM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Review and download all pages of Nature's Value Website | 0.70 | 420.00 | SJM |
| | Begin preparing notices of deposition | 0.20 | 120.00 | SJM |
| | Preparation of Rule 30(b)(6) notice and Oscar Ramjeet deposition notice | 0.90 | 540.00 | SJM |
| | Email deposition notices to Jeffrey Schlossberg | 0.10 | 60.00 | SJM |
| Jan-12-16 | Prepare subpoena to NPA with rider; serve with notice of intent on Defense Counsel | 1.00 | 600.00 | SJM |
| | Online FOIA Request to the FDA to obtain all inspection records of Nature's Value | 0.40 | 240.00 | SJM |
| Jan-13-16 | Cover letter to Natural Products Association for service of subpoena - to Giselle for service via certified mail and fax | 0.30 | 180.00 | SJM |
| | Meeting with ▓▓▓ regarding responses to interrogatories and document requests | 0.30 | 180.00 | SJM |
| | I called ▓▓▓ ome in the office ▓▓▓ | 0.10 | 15.00 | EB |
| | ▓▓▓ | 0.40 | 60.00 | MJM |
| Jan-30-16 | Email to J. Schlossberg regarding adjourning deposition of 2/10/2016 | 0.10 | 60.00 | SJM |
| Feb-11-16 | Telephone call to J. Schlossberg - will provide him with response to interrogatories and doc requests by next friday (2/19/2016) - he believes that our doc requests are overbroad | 0.20 | 120.00 | SJM |
| | Email from J. Schlossberg confirming our consent to extend his discovery response date to March 18, 2016 | 0.10 | 60.00 | SJM |
| | Review subpoena response from NPA | 0.40 | 240.00 | SJM |
| | Forward subpoena response from NPA to J. Schlossberg | 0.10 | 60.00 | SJM |
| | Review website - Nature's Value still represents that it is a member of NPA even though NPA has no records | 0.20 | 120.00 | SJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-31-16 | Telephone call with Shaun Clark of Jackson Lewis regarding outstanding discovery | 0.10 | 60.00 | SJM |
| | Telephone call to Shaun Clark - we will have our discovery to them by Thursday the 7th, they will respond to ours by Friday the 8th. | 0.10 | 60.00 | SJM |
| Apr-02-16 | Review and take notes with regard to FDA responses to FOIA request | 1.70 | 1,020.00 | SJM |
| | Additional online research regarding Natures' Value | 0.50 | 300.00 | SJM |
| | Prepare responses to interrogatories | 1.00 | 600.00 | SJM |
| Apr-03-16 | Begin preparation of motion for conditional certification | 3.50 | 2,100.00 | SJM |
| | Continue preparation of interrogatory and document responses | 1.00 | 600.00 | SJM |
| Apr-04-16 | Continue preparing motion for conditional certification | 1.20 | 720.00 | SJM |
| Apr-05-16 | Meeting with ▉▉▉ in office regarding interrogatories/document requests/motion for conditional certification | 0.90 | 540.00 | SJM |
| | Continue preparing motion for conditional certification | 1.60 | 960.00 | SJM |
| | Prepare response to Def RFP | 1.90 | 1,140.00 | SJM |
| | Telephone call with client | 0.20 | 120.00 | SJM |
| | Continue preparing response to interrogatories | 0.80 | 480.00 | SJM |
| | Research about Conditional Certification forms in PCLaw.GA | 0.20 | 30.00 | GA |
| | Read Santamaria's complaint. GA | 0.30 | 45.00 | GA |
| | Meeting with SJM regarding Conditional Certification on the case. GA | 0.30 | 45.00 | GA |
| Apr-06-16 | Prepare authorizations to obtain cell phone records to Jackson Lewis & SJM PC | 0.30 | 180.00 | SJM |
| | Meeting with client in office; translate | 1.30 | 780.00 | SJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | interrogatories and execute verification; prepare declaration in support of motion for conditional certification | | | |
| | Finalize motion for conditional certification with exhibits | 3.50 | 2,100.00 | SJM |
| | Finalize interrogatory responses | 0.30 | 180.00 | SJM |
| | Finalize response to document requests | 0.30 | 180.00 | SJM |
| Apr-07-16 | Revise proposed judicial notice | 1.00 | 600.00 | SJM |
| | Revise MOL to include section regarding redefining collective class in lieu of outright denial of motion | 0.70 | 420.00 | SJM |
| | Re-format SJM declaration | 0.50 | 300.00 | SJM |
| | Submit motion via ECF | 0.30 | 180.00 | SJM |
| | Compile pdf document responses and interrogatory responses and email to defense counsel | 0.50 | 300.00 | SJM |
| Apr-12-16 | Respond to email of J. Schlossberg requesting 1 month extension to oppose motion - agreed but subject to tolling agreement | 0.10 | 60.00 | SJM |
| Apr-15-16 | Telephone call with Shawn Clarke - consent to extension to oppose and tolling of statute for 36 days; we reserve our right to make a further motion to toll the SOL during the pendency of the motion | 0.10 | 60.00 | SJM |
| Apr-27-16 | Manage calendar for depositions availability dates. | 0.30 | 45.00 | GA |
| | I called Mr. Clark's office to go over depositions. Mr Scholsberg will return my call. GA | 0.10 | 15.00 | GA |
| | Review physical and network file for dicovery responses. | 0.30 | 45.00 | GA |
| May-02-16 | Appearance at status conference before Hon. Gary R. Brown - parties to submit a request for settlement conference, if desired, within 1 week of conference | 2.00 | 1,200.00 | SJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | DN- Prepared Damage Calculations | 1.90 | 285.00 | MJM |
| May-04-16 | Updated information for Settlement Demand and Damage Calculations in PCLaw | 0.10 | 15.00 | GA |
| | Looked through the scanned documents for defendant's responses | 0.40 | 60.00 | GA |
| | Reviewed documents requested to split them into individual files | 1.50 | 225.00 | GA |
| May-06-16 | Write email to Shawn with availability dates according to our calendar | 0.20 | 30.00 | GA |
| | Spoke with ▓▓▓▓▓▓▓▓▓▓ lement and available dates. | 0.10 | 15.00 | GA |
| May-10-16 | I called ▓▓▓▓ to let her know that Judge has picked June 17 at 10 am. GA | 0.10 | 15.00 | GA |
| | I spoke and confirmed availability for June 17 at 10am. | 0.10 | 15.00 | GA |
| Jun-10-16 | Transcript request via ECF and ex parte settlement statement | 1.30 | 195.00 | DP |
| | Email to Shawn Clarke re approximation of class-wide damages | 0.20 | 120.00 | SJM |
| | Revise class-wide damage calculations and forward to Shawn Clarke and Jeffrey Schlossberg | 0.50 | 300.00 | SJM |
| | Revise individual damage calculations | 0.40 | 240.00 | SJM |
| Jun-13-16 | ECF submission/ex parte settlement statement | 2.40 | 360.00 | DP |
| | Review and respond to Email of J. Schlossberg regarding failure to articulate a demand in compliance with Judge Brown's rules | 0.20 | 120.00 | SJM |
| | In person meeting with ▓▓▓▓▓▓▓▓▓▓ | 1.00 | 600.00 | SJM |
| | Prepare notes of meeting with ▓▓▓▓▓ | 0.10 | 60.00 | SJM |
| | Legal research regarding ex-parte settlement statement | 1.00 | 600.00 | SJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review defendants' document production | 2.00 | 1,200.00 | SJM |
| Jun-14-16 | Revise analysis of time records | 0.50 | 300.00 | SJM |
| | Legal research in support of ex-parte settlement statement | 1.40 | 840.00 | SJM |
| | Ex parte settlment statement | 2.20 | 1,320.00 | SJM |
| | Review of Integrity Staffing case | 0.50 | 300.00 | SJM |
| | Review transcript of court conference | 0.30 | 180.00 | SJM |
| Jun-17-16 | Travel to Court and Meet with Client | 1.00 | 600.00 | SJM |
| | Settlement conference - case settled for 102K | 4.00 | 2,400.00 | SJM |
| | Travel from Court | 1.00 | 600.00 | SJM |
| | Called Leticia SantaMaria to advise her that Steven is at the Court and does not see her, Got no answer left message - DF | 0.10 | 15.00 | DF |
| | ~~[redacted]~~ to advise her that Steven is at the Court and does not see her, Got no answer left message - DF | 0.10 | 15.00 | DF |
| Jul-13-16 | Mr Paul Piccigallo called re: deadline to file settlement, he said Jeffrey will be out in court the rest of the week and deadline is next week. ~~[redacted]~~ | 0.20 | 30.00 | GA |
| Jul-14-16 | Mr. Piccigallo called regarding extension to submit Settlement Stipulation. GA | 0.10 | 15.00 | GA |
| | I called Mr. Piccigallo to let him know that our best way to communicate with Steven right know is via e-mail. Per JM SJM may not agree to extend time. I LM. GA | 0.20 | 30.00 | GA |
| Jul-15-16 | Mr. Piccigallo called again to file the letter to extend the time for filing of settlement, I told him that SJM is not in the office and will call him back at the end of the day. He said will give only an hour. Per JM we may not granted an extension. GA | 0.20 | 120.00 | SJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-27-16 | ███████████████ s | 0.30 | 45.00 | GA |
| Aug-10-16 | Telephone call with Jeff Schlossberg - he will prepare settlement and notice and call me next week | 0.10 | 60.00 | SJM |
| Aug-17-16 | Email to J. Schlossberg approving request for extension of time to complete settlement papers | 0.10 | 60.00 | SJM |
| Sep-12-16 | Jeffrey Schlossberg called and asked to speak to SJM, advised him Mr. Moser will not be in for the rest of the day, requested to L/M, sent via Email - DF | 0.10 | 15.00 | DF |
| Sep-14-16 | Email to Jeffrey Schlossberg advising that I will be requesting a two week extension and will be reviewing documents this weekend | 0.10 | 60.00 | SJM |
| Sep-16-16 | Prepare Stip for Santamaria | 0.50 | 75.00 | GA |
| | Emailed Stip to SJM for revision | 0.20 | 30.00 | GA |
| Sep-29-16 | ███settlement agreement, MOL, and related documents███ | 3.50 | 2,100.00 | SJM |
| | ███████████████ Group (21█) ███-████ | 0.10 | 60.00 | SJM |
| | Telephone call to Angeion Group | 0.10 | 60.00 | SJM |
| Sep-30-16 | Telephone call from ███████████ Group - will research costs and get back to me | 0.10 | 60.00 | SJM |
| Oct-07-16 | Jeffrey Schlossberg called and asked to speak to SJM, advised him Mr. Moser will not be in for today, requested to L/M, sent via Email - DF | 0.10 | 15.00 | DF |
| Oct-14-16 | Prepare attorney's declaration and email to J Schlossberg | 0.50 | 300.00 | SJM |
| | Called Leticia Santamaria to advise her that she needs to sign the Settlement Agreement and if she would like us to mail it or come into the office, she requested for us to speak to Carmen her daughter in law to see which day she can bring her to the office - DF | 0.10 | 15.00 | DF |

|  | | | | | |
|---|---|---|---|---|---|
|  | Called ~~████~~ to get a date for when she can bring ~~████████████████████~~ | 0.10 | 15.00 | DF |
|  | Carmen returned my call and scheduled an ~~████████████████████~~ to sign the Settlement papers - DF | 0.10 | 15.00 | DF |
| Nov-09-16 | Telephone call to J. Schlossberg - he never received signed settlement agreement | 0.10 | 60.00 | SJM |
| Dec-30-16 | Prepare and filed Notice of Change of Firm Name. | 0.20 | 30.00 | GA |
|  | Totals | 117.30 | $55,935.00 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jan-13-15 | Photocopy Expense - Intake summary. JD | 1.00 |
| Feb-25-15 | Photocopy Expense - Copies of paystubs. JD | 4.00 |
| Feb-26-15 | Photocopy Expense - Copies of investigative report. JD | 6.50 |
| Apr-24-15 | Photocopy Expense Recovery - 25 cents per page - FLSA complaint draft  13pgs | 3.25 |
| May-05-15 | Photocopy Expense Recovery - 25 cents per page - Consent to join | 0.50 |
| May-08-15 | Photocopy Expense Recovery - 25 cents per page - Copy of Cover letter and Consent to Join. GA | 0.50 |
|  | Postage Recovery - Sent consent to join | 0.49 |
| May-09-15 | Photocopy Expense Recovery - 25 cents per page - Copy of complaint. GA | 5.00 |
| May-21-15 | EDNY Filing Fee | 400.00 |
| May-29-15 | Photocopy Expense Recovery - 25 cents per page - Notice of hearing  6pgs | 1.50 |
| Jun-02-15 | Service Re: Santamaria v. Natural Value | 40.00 |
|  | Photocopy Expense Recovery - 25 cents per page - Printed req to alert to serve summons | 0.50 |
| Jun-05-15 | Photocopy Expense Recovery - 25 cents per page - copy of Notice of Hearing to Oscar Ramjeet c/o Nature's Value Inc. GA | 0.50 |
|  | Postage Recovery - Mail Sent - Mailed Notice of Hearing to Nature's Value Inc. GA | 0.49 |
|  | Postage Recovery - Mail Sent - Mailed Notice of Hearing to Oscar Ramjeet c/o Nature's Value Inc. GA | 0.49 |
| Jun-18-15 | Service Re: Santamaria v. Natural Value - Void | -40.00 |

| Date | Description | Amount |
|---|---|---|
| Jun-30-15 | PACER Expense Recovery | 5.50 |
|  | PACER Expense Recovery | 0.10 |
| Aug-11-15 | PACER Expense Recovery | 1.50 |
| Aug-12-15 | Photocopy Expense Recovery - 25 cents per page -Copy of Notice of Lawsuit and Request to Waiver Service of a Summons, 2 copies of a Waiver of the Service of Summons for each defendant and a cover letter. GA | 6.25 |
|  | Postage Recovery - Mailed to Oscar Ramjeet Nature's Value Inc., Notice of Lawsuit and Request to Waiver Service of a Summons, 2 copies of a Waiver of the Service of Summons and a SASE for the Waiver to be returned to our office. GA | 1.86 |
|  | Postage Recovery - Mailed SASE for the Waiver to be returned to our office. GA | 0.49 |
| Aug-23-15 | EDNY Filing Fee | 400.00 |
| Oct-10-15 | PACER Expense Recovery | 0.30 |
| Oct-13-15 | Facsimile Recovery - Fax Recv'd from Nancy J Dreeben | 1.00 |
| Jan-11-16 | Postage Recovery Sent Plaintiff's first request for production of documents, plaintiff's first set of interrogatories to defendants, notice to take deposition of Oscar Ramjeet, and notice of rule 30(b)(6) deposition to Jeffrey M. Schlossberg. - GS | 2.30 |
| Jan-12-16 | Postage Recovery Sent Notice of Intent to serve Subpoena to Jackson Lewis P.C. - GS | 0.70 |
| Jan-13-16 | Postage Recovery - Sent subpoena to produce records via certified mail [7015 0640 0003 9353 9241]. - GS | 0.70 |
| Feb-12-16 | Postage - Mailed Subpoena to Natural Products Association | 6.75 |
| Mar-01-16 | Fax - Faxed Rebuttal To the EEOC (2 pgs.) - DF | 2.00 |
|  | Postage - Mailed Rebuttal To the EEOC - DF | 0.48 |
| May-12-16 | Public Access To Court Records (Pacer) fees - Reviewed Sean Clark's Letter to the Court, Request Extension for Deadlines on Motion for Cond Cert - DF | 0.20 |
| Nov-09-16 | Copies - Copied Santamaria v. Nature's value Settlement Agreement and Cover Letter | 4.25 |
|  | Copies - Copy Santamaria v. Nature's value Settlement Agreement's Cover Letter | 0.25 |
|  | Postage - Mail antamaria v. Nature's value Settlement Agreement and Cover Letter to Jeffrey Schlossberg | 1.57 |
|  | **Totals** | **$870.92** |

|  |  |
|---|---|
| **Total Fee & Disbursements** | $56,805.92 |
| **Balance Now Due** | $56,805.92 |

TAX ID Number     27-2245677